**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No.  14-cv-3195-WJM

MICHAEL E. KELLEY,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

_____

**ORDER GRANTING MOTION TO WITHDRAW**

_____

This matter comes before the Court on Defendant's Unopposed Motion for Withdrawal of Counsel, filed June 22, 2015.  (ECF No. 17).  The Court being fully advised hereby ORDERS as follows:

The Defendant's Unopposed Motion is GRANTED.  Sarah V. Berry is hereby granted leave to withdraw from this case. The Clerk shall terminate all further CM/ECF notification to Ms. Berry in this case.

Dated this 22nd day of June, 2015.

BY THE COURT:

_____
William J. Martínez
United States District Judge